UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CAMPUS EAI, INC., | ) | CASE NO. 1:10 CV 2861 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | <u>ORDER OF DISMISSAL</u> |
| | ) | |
| DATATEL, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This case is before the Court on the parties' stipulated notice to dismiss the instant matter with prejudice. (Doc. 29). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) this case is dismissed with prejudice, fees and costs shall be borne by each party.

IT IS SO ORDERED.

       /s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Date: 4 April 2011